Dismissed and Memorandum Opinion filed July 7, 2005









Dismissed and Memorandum Opinion filed July 7, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00368-CV

____________

 

NEWTON B. SCHWARTZ, SR.,
Appellant

 

V.

 

DAVID FETTNER, COURT APPOINTED
RECEIVER OF THE NON-EXEMPT ASSETS OF BENTON MUSSLEWHITE, and ROBIN ZIEK, COURT
APPOINTED RECEIVER OF THE NON-EXEMPT ASSETS OF THE LAW OFFICE OF BENTON
MUSSLEWHITE, Appellees

 



 

On Appeal from the
311th District Court

Harris County, Texas

Trial Court Cause
No. 04-57149

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 8, 2005.

On June 30, 2005, appellant filed an unopposed motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 7, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.